## Case No. 1,707.

### BOUTOUR v. PECKHAM.

[Cited in Re Masterson, Case No. 9,268. Nowhere reported; opinion delivered orally, and not recorded.]